SCOTT GERALD PARHAM, JR
KAYLA DENETTE PARHAM
5335 REDDOCH DR
JACKSON, MS 39211

NELNET
PO BOX 82561
LINCOLN, NE 68501

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

OPPLOANS
P.O. BOX 5040
FREDERICKSBURG, VA 22403

ADVANCE AMERICA
950 E COUNTY LINE RD
RIDGELAND, MS 39157

REACH FINANCIAL
ATTN: BANKRUPTCY
180 MAIDEN LN STE 2801
NEW YORK, NY 10038

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
SAN FRANCISCO, CA 94108

REGIONS BANKCARD
ATTN: BANKRUPTCY
1900 5TH AVE N,
HOVER, AL 35203

CREDIT NINJA
27 N WACKER DR
#404
CHICAGO, IL 60606

TRUSTMARK BANK
P O BOX 291
JACKSON, MS 39205

HENLEY, LOTTERHOS & HE
PO BOX 389
JACKSON, MS 39205-0389

TRUSTMARK NATIONAL
248 E CAPITOL STREET
JACKSON, MS 39201

JEFFERSON CAPITAL
ATTN: BANKRUPTCY
200 14TH AVE E
SARTEKK, MN 56377

UCRB
914 UNION RD
BUFFALO, NY 14224

KEESLER FCU
P.O.BOX 7001
BILOXI, MS 39531

UPSTART
P.O. BOX 1503
SAN CARLOS, CA 94070

NAVY FCU
PO BOX 3700
MERRIFIELD, VA 22119

WELLS FARGO
PO BOX 71092
CHARLOTTE, NC 28272