**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| IN RE: | SCOTT GERALD PARHAM, JR<br>KAYLA DENETTE PARHAM | CASE NO. 26-02889-JAW<br>CHAPTER 13 |

**CORPORATE OWNERSHIP STATEMENT**
**PURSUANT TO FRBP 7007.1**

Pursuant to Fed. R. Bank. Proc. 1007(a)(1) and/or 7007.1, and to enable judges to more effectively evaluate possible disqualification or recusal issues, the undersigned counsel for Trustmark Bank certifies that Trustmark Bank makes the following disclosure:

✓ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interests are: Trustmark Corporation.

Respectfully submitted, this 30 day of October 2026,

Trustmark Bank

*/s James Eldred Renfroe*

James Eldred Renfroe, MSB #10096
James L. Powell, MSB # 10083
Renfroe & Perilloux, PLLC
648 Lakeland East Drive Ste A
Flowood, MS 39232
(601) 932-1011
jrenfroe@mslawfirm.biz
Attorney for Trustmark Bank