**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: SCOTT GERALD PARHAM, JR
KAYLA DENETTE PARHAM

CASE NO. 26-02889-JAW
CHAPTER 13

**OBJECTION TO CONFIRMATION**

Comes now, Trustmark Bank, by and through its attorney of record and files this its Objection to Confirmation of Plan as filed by Scott Gerald Parham, Jr., and Kayla Denette Parham, and in support of such would respectfully show the following to wit:

1. That the plan makes no provisions for payment of the Trustmark Bank secured second mortgage loan which matures on June 1, 2028, and should be paid in full through the life of the plan. As such, creditor requests that confirmation be denied.

Wherefore premises considered, Trustmark Bank prays that this the plan as proposed not be confirmed.

This the 30 day of October, 2026.

Trustmark Bank

*/s James Eldred Renfroe*

James Eldred Renfroe, MSB #10096
Renfroe & Perilloux, PLLC
648 Lakeland East Drive, Suite A
Flowood, MS 39232
Telephone: 601-932-1011
Facsimile: 601-932-1014
jrenfroe@mslawfirm.biz

## CERTIFICATE OF SERVICE

I certify that I have this date served a true and correct copy of the foregoing ***Objection to Confirmation*** to Debtor's attorney, the case trustee, and the U.S. Trustee via Notice of Electronic Filing (NEF) through the ECF system and by regular U.S. Mail, postage prepaid to Debtor at:

Scott Gerald Parham, Jr.
Kayla Denette Parham
5225 Reddoch Drive
Jackson MS 39211

Hon. Thomas Carl Rollins, Jr
trollins@therollinsfirm.com

Hon. Torri Parker Martin
tpm@tpmartinch13.com

U. S. Trustee
ustpregion05.ja.ecf@usdoj.gov

Dated: October 30, 2026

*/s James Eldred Renfroe*
James Eldred Renfroe